UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

WPB Case # 25-mj-8056-RMM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH LEE DEMARRIAS,<br><br>Defendant. | 1:24-cr-10045<br><br>REDACTED INDICTMENT<br><br>Prohibited Person in Possession of a Firearm<br>(18 U.S.C. §§ 922(g)(1) and 924(a)(8))<br><br>Forfeiture<br>(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)) |

The Grand Jury charges:

On or about July 26, 2024, in Corson County, in the District of South Dakota, the defendant, Kenneth Lee Demarrias, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and then knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to-wit: a Smith & Wesson pistol bearing serial number JNU4137, which had been previously shipped and transported in interstate commerce, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

A TRUE BILL:

**[Name Redacted]**

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By: _____

**FORFEITURE NOTICE**

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) as set forth in this Indictment, the defendant, Kenneth Lee Demarrias, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearm and ammunition involved in the commission of the offense, including, but not limited to: a Smith & Wesson pistol bearing serial number JNU4137.